670 A.2d 1048

IN THE MATTER OF JAMES E. LYNCH,
AN ATTORNEY AT LAW.

January 31, 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that as a result of his disbarment in the Commonwealth of Pennsylvania on October 30, 1995, and his failure to report the disbarment to the Office of Attorney Ethics as required by *Rule* 1:20–14(a)(1) **JAMES E. LYNCH** of **WASHINGTON CROSSING, PENNSYLVANIA**, who was admitted to the bar of this State in 1987, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **JAMES E. LYNCH** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JAMES E. LYNCH** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JAMES E. LYNCH** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.